# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

**UNITED STATES OF AMERICA,**

    Plaintiff,

-vs-                    Case No. 10-CR-64

**FAUSTINO JARAMILLO-UGARTE,**

    Defendant.

## DECISION AND ORDER

Long after he was sentenced, Faustino Jaramillo-Ugarte filed a request for a fast-track sentence. Originally designed by federal prosecutors in border states, fast-track sentencing involves shorter sentences in exchange for the waiver of certain rights. *See United States v. Morales-Chaires*, 430 F.3d 1124, 1127 (10th Cir. 2005). Jaramillo-Ugarte has already been sentenced. The concept of fast-track sentencing cannot be used to collaterally attack a sentence that was already imposed.

Jaramillo-Ugarte's request [ECF No. 462] is **DENIED**.

Dated at Milwaukee, Wisconsin, this 21st day of April, 2016.

                            **SO ORDERED:**

                            **HON. RUDOLPH T. RANDA**
                            **U.S. District Judge**